### CASTLEN v. STAFFORD.

HILL, J. There was no abuse of discretion in granting a first new trial in this case. Civil Code, § 6204.

*Judgment affirmed. All the Justices concur.*

JULY 11, 1912.

Money rule. Before Judge Daniel. Upson superior court. December 18, 1911.

*Robert L. Berner,* for plaintiff in error.

*Charles J. Lester* and *Persons & Persons,* contra.